UNITED STATES of America, Plaintiff-Appellee,

v.

Alfred Gonzales **FIERRO** et al., Defendants-Appellants.

Nos. 71-2787, 71-2963 and 71-3011.

United States Court of Appeals, Ninth Circuit.

Aug. 1, 1972.

H. Jesse Arnelle (argued), Stanley A. Doten, of Morrison, Foerster, Holloway, Clinton & Clark, San Francisco, Cal., Jacque Boyle (argued), William C. Miller, Los Angeles, Cal., for defendants-appellants.

Stanley I. Greenberg, Asst. U. S. Atty. (argued), Eric A. Nobles, Asst. U. S. Atty., Robert L. Meyer, U. S. Atty., for plaintiff-appellee.

Before CHAMBERS, JERTBERG and MERRILL, Circuit Judges.

PER CURIAM:

In this case involving counterfeit currency we affirm the judgements of conviction.

We find no error.

UNITED STATES of America, Plaintiff-Appellee,

v.

Junious **JONES**, Defendant-Appellant.

No. 72-1393.

United States Court of Appeals, Fifth Circuit.

July 26, 1972.

Nils R. Douglas (Court-appointed), Collins & Douglas, New Orleans, La., for defendant-appellant.

Gerald J. Gallinghouse, U. S. Atty., Stephen L. Dunne, Mary Cazalas, Asst. U. S. Attys., New Orleans, La., for plaintiff-appellee.

Before TUTTLE, COLEMAN and CLARK, Circuit Judges.

PER CURIAM:

The principal ground of appeal from this conviction of appellant for knowingly possessing articles stolen from the United States mail, 18 U.S.C.A. § 1708, is that incriminating statements made by Jones during his detention should have been stricken as having been improperly obtained by the arresting officers. A careful reading of the record convinces us that the *Miranda* proceedings were fully carried out and incriminating statements were made both before and after the appellant signed a waiver.

We have carefully considered the other grounds of appeal and find them to be without merit.

The judgment is affirmed.